**EXHIBIT 6**

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Kyle J. Ortiz
Bryan M. Kotliar
Martha E. Martir
Amanda C. Glaubach

*Counsel for Pach Shemen LLC, VR Global Partners, L.P., Alpine Partners (BVI), L.P., Gene B. Goldstein, Gene B. Goldstein, In His Capacity as Trustee of the Gene B. Goldstein and Francine T. Goldstein Family Trust, Mark Millet, In His Capacity as Trustee of the Mark E. Millet Living Trust, Mark Millet, In His Capacity as Trustee of the Millet 2016 Irrevocable Trust, Robert Latter, Tracy Lee Gustafson, Jason Chamness, and Ron Pike* (collectively, the "*Petitioning Creditors*")

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                          :
In re:                                                    :        Chapter 11
                                                          :
ELETSON HOLDINGS INC., et al.,                            :        Case No. 23-10322 (JPM)
                                                          :
                                                          :        (Jointly Administered)
                                  Debtors.[1]             :
                                                          :
---------------------------------------------------------------x

## NOTICE OF (I) THE OCCURRENCE OF THE EFFECTIVE DATE AND (II) FINAL DEADLINES FOR FILING CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that, on September 19, 2024, certain of the Petitioning

Creditors[2] filed the *Petitioning Creditors' Amended Joint Chapter 11 Plan of Reorganization of*

*Eletson Holdings Inc. and Its Affiliated Debtors* [Docket No. 1132, Ex. 1] (as may be further

---

[1]     The Debtors in these cases are: Eletson Holdings Inc., Eletson Finance (US) LLC, and Agathonissos Finance LLC. The address of the Debtors' corporate headquarters is 118 Kolokotroni Street, GR 185 35 Piraeus, Greece. The Debtors' mailing address is c/o Eletson Maritime, Inc., 1 Landmark Square, Suite 424, Stamford, Connecticut 06901.

[2]     The "Petitioning Creditors" consist of Pach Shemen LLC, VR Global Partners, L.P., Alpine Partners (BVI), L.P., Gene B. Goldstein ("Goldstein"), Gene B. Goldstein, In His Capacity as Trustee of the Gene B. Goldstein and Francine T. Goldstein Family Trust ("Goldstein Trust", and together with Goldstein, "Mr. Goldstein"), Mark Millet, In His Capacity as Trustee of the Mark E. Millet Living Trust, Mark Millet, In His Capacity as Trustee of the Millet 2016 Irrevocable Trust, Robert Latter, Tracy Lee Gustafson, Jason Chamness, and Ron Pike. While Togut, Segal & Segal LLP represents Mr. Goldstein as a "Petitioning Creditor," Mr. Goldstein is not a "Plan Proponent" for purposes of this Plan (as defined herein).

amended, modified, or supplemented in accordance with the terms therein,

the "Plan").[3]

      **PLEASE TAKE FURTHER NOTICE** that, on October 25, 2024, the United States

Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")

entered the *Memorandum Opinion and Order Confirming Petitioning Creditors' Amended*

*Joint Chapter 11 Plan of Reorganization of Eletson Holdings Inc. and Its Affiliated Debtors,*

*Sustaining Objections to Competing Plans, and Denying Motion in Limine* [Docket No. 1212]

(the "Confirmation Decision").

      **PLEASE TAKE FURTHER NOTICE** that, on November 4, 2024, the Bankruptcy

Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming Petitioning*

*Creditors' Amended Joint Chapter 11 Plan of Eletson Holdings Inc. and Its Affiliated Debtors*

[Docket No. 1223] (the "Confirmation Order").

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Confirmation Order,

the Petitioning Creditors hereby provide notice that all conditions precedent to the

Effective Date set forth in Section 9.1 of the Plan have been satisfied or waived pursuant

to Section 9.2 of the Plan, such that the Plan was substantially consummated, and the

Effective Date occurred, on November 19, 2024.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 8.3 of the Plan,

Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts

and Unexpired Leases, if any, must be filed with the Bankruptcy Court by no later than

5:00 p.m. (prevailing Eastern Time) on December 19, 2024.  ANY CLAIMS ARISING

FROM THE REJECTION OF AN EXECUTORY CONTRACT OR UNEXPIRED LEASE

---

[3]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such
terms in the Plan.

NOT FILED WITHIN SUCH TIME SHALL BE DISALLOWED PURSUANT TO THE

CONFIRMATION ORDER, FOREVER BARRED FROM ASSERTION, AND SHALL

NOT BE ENFORCEABLE AGAINST, AS APPLICABLE, THE DEBTORS, THEIR

ESTATES, OR REORGANIZED HOLDINGS, WITHOUT THE NEED FOR ANY

OBJECTION BY THE DEBTORS, THEIR ESTATES, OR REORGANIZED HOLDINGS,

AS APPLICABLE, OR FURTHER NOTICE TO, OR ACTION, ORDER, OR APPROVAL

OF, THE BANKRUPTCY COURT OR ANY OTHER ENTITY, AND ANY CLAIM

ARISING OUT OF THE REJECTION OF THE EXECUTORY CONTRACT OR

UNEXPIRED LEASE SHALL BE DEEMED FULLY SATISFIED, RELEASED, AND

DISCHARGED, NOTWITHSTANDING ANYTHING IN THE SCHEDULES, IF ANY,

OR A PROOF OF CLAIM TO THE CONTRARY.

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 2.1(b) of the Plan,

**the Administrative Claims Bar Date is December 19, 2024**.  HOLDERS OF

ADMINISTRATIVE CLAIMS THAT ARE REQUIRED TO, BUT DO NOT, FILE AND

SERVE A REQUEST FOR PAYMENT OF SUCH ADMINISTRATIVE CLAIMS BY THE

ADMINISTRATIVE CLAIMS BAR DATE SHALL BE FOREVER BARRED, ESTOPPED,

AND ENJOINED FROM ASSERTING SUCH ADMINISTRATIVE CLAIMS AGAINST

THE DEBTORS, THEIR ESTATES, OR REORGANIZED HOLDINGS, AS APPLICABLE,

AND SUCH ADMINISTRATIVE CLAIMS SHALL BE DEEMED DISALLOWED AS OF

THE EFFECTIVE DATE.

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 2.4(a) of the Plan,

**the Professional Fee Claims Bar Date is December 19, 2024**.  HOLDERS OF

PROFESSIONAL FEE CLAIMS THAT ARE REQUIRED TO, BUT DO NOT, FILE AND

SERVE A REQUEST FOR PAYMENT OF SUCH PROFESSIONAL FEE CLAIMS ON A

FINAL BASIS BY THE PROFESSIONAL FEE CLAIMS BAR DATE SHALL BE

FOREVER BARRED FROM ASSERTING OR RECEIVING PAYMENT ON ACCOUNT

THEREOF AND SUCH PROFESSIONAL FEE CLAIMS AGAINST, AS APPLICABLE,

THE DEBTORS, THEIR ESTATES, AND REORGANIZED HOLDINGS, AND SUCH

PROFESSIONAL FEE CLAIMS SHALL BE DEEMED WAIVED AS OF THE EFFECTIVE

DATE.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan, Confirmation

Order, and other related pleadings filed in the Chapter 11 Cases can be viewed or

obtained by:  (i) accessing the Court's website for a fee; or (ii) contacting the Office of

the Clerk of the Court.  Please note that a PACER password is required to access

documents on the Court's website.  **PLEASE NOTE:  Neither the staff of the Clerk's**

**office nor the Petitioning Creditors' counsel can give you legal advice**.

DATED:  November 19, 2024          TOGUT, SEGAL & SEGAL LLP
          New York, New York          By:

                                                   */s/ Kyle J. Ortiz*
                                                   KYLE J. ORTIZ
                                                   BRYAN M. KOTLIAR
                                                   MARTHA E. MARTIR
                                                   AMANDA C. GLAUBACH
                                                   One Penn Plaza, Suite 3335
                                                   New York, New York 10119
                                                   (212) 594-5000

                                                   *Counsel for the Petitioning Creditors*