**EXHIBIT 10**

# ELETSON CORPORATION

## ACTION BY UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS

Pursuant to the Business Corporation Act of 1977 of the Republic of Liberia and the Bylaws ("**Bylaws**") of Eletson Corporation, a Liberian corporation (the "**Company**"), the undersigned, constituting all of the members of the Company's board of directors (the "**Board**"), hereby adopt the following resolutions:

1. *Removal of Pre-Existing Officers and Election of New Officers*

    **WHEREAS**, Article IV Section 2 of the Bylaws provides that any officer may be removed, with or without cause, by an affirmative vote of the majority of the Board.

    **WHEREAS**, the Board has determined it advisable and in the best interest of the Company to remove and revoke all of the pre-existing officers of the Company as of the date hereof (the "***Pre-Existing Officers***").

    **WHEREAS**, the Board has determined it advisable and in the best interest of the Company to revoke any and all authorizations and powers of the Pre-Existing Officers, including but not limited to revoking any and all Management Powers (as defined below) and any and all Bank Authorization Powers (as defined below) that the Company may have previously granted to the Pre-Existing Officers.

    **WHEREAS**, Article IV Section 1 of the Bylaws provides that the Board shall appoint a President, Secretary and a Treasurer.

    **NOW, THEREFORE BE IT, RESOLVED**, the Board hereby elects to remove and revoke the appointment of the Pre-Existing Officers of the Company, effective immediately.

    **RESOLVED FURTHER**, that the Board hereby revokes any and all authorizations and powers of the Pre-Existing Officers, including but not limited to revoking any and all Management Powers (as defined below) and any and all Bank Authorization Powers (as defined below) that the Company may have previously granted to the Pre-Existing Officers.

    **RESOLVED FURTHER**, that the following persons are appointed as officers of the Company, to the offices set forth opposite such person's name, to serve at the pleasure of the Board until their successor is duly elected and qualified, or until their earlier death, resignation or removal:

    | | |
    |---|---|
    | President | Leonard J. Hoskinson |
    | Secretary | Leonard J. Hoskinson |
    | Chief Executive Officer | Leonard J. Hoskinson |

2. *Management Powers*

    **NOW, THEREFORE BE IT, RESOLVED**, that the officers of the Company are authorized to sign and execute in the name and on behalf of the Company all applications, contracts, leases and other deeds and documents or instruments in writing of whatsoever nature that may be required in the ordinary course of business of the Company and that may be necessary to secure for operation of the corporate affairs, governmental permits and licenses for, and incidental to, the lawful operations of the business of the Company, and to do such acts and things as such officers deem necessary or advisable to fulfill such

legal requirements as are applicable to the Company and its business (collectively, the "**Management Powers**").

3. <u>**Authorized Designees**</u>

**WHEREAS,** pursuant to Article IV, Section 1 of the Restated Bylaws, the Board may delegate powers or duties of the Company's officers to a third-party agent; and

**WHEREAS**, the Board has determined that it is in the best interests of the Company to delegate officer powers to Mark Lichtenstein.

**NOW, THEREFORE BE IT, RESOLVED**, the Board hereby grants Mark Lichtenstein all authorizations and powers of an officer of the Company, including but not limited to Management Powers and Bank Authorization Powers (as defined below).

4. <u>**Designation of Depositary**</u>

**NOW, THEREFORE BE IT, RESOLVED**, that the Chief Executive Officer, President and Secretary of the Company are authorized to do the following (collectively, the "**Bank Authorization Powers**"):

(a) To designate one or more banks or similar financial institutions as depositories of the funds of the Company.

(b) To open, maintain and close general and special accounts with any such depositories, including any existing depository or similar accounts.

(c) To cause to be deposited, from time to time, in such accounts with any such depository, such funds of the Company as such officers deem necessary or advisable, and to designate or change the designation of the officer or officers or agent or agents of the Company authorized to make such deposits and to endorse checks, drafts and other instruments for deposit.

(d) To designate, change or revoke the designation, from time to time, of the officer or officers or agent or agents of the Company authorized to sign or countersign checks, drafts or other orders for the payment of money issued in the name of the Company against any funds deposited in any of such accounts, including any existing depository or similar accounts.

(e) To authorize the use of facsimile signatures for the signing or countersigning of checks, drafts or other orders for the payment of money, and to enter into such agreements as banks and similar financial institutions customarily require as a condition for permitting the use of facsimile signatures.

(f) To make such general and special rules and regulations with respect to such accounts as they may deem necessary or advisable, and to complete, execute and certify any customary printed blank signature card forms in order to exercise conveniently the authority granted by this resolution, including any existing depository or similar accounts, and any resolutions printed on such cards are deemed adopted as a part of this resolution.

**RESOLVED FURTHER**, that all form resolutions required by any such depository are adopted in such form used by such depository, and the Secretary is (i) authorized to certify such resolutions as having been adopted by this Unanimous Written Consent and (ii) directed to insert a copy of any such form

resolutions in the Company's minute book immediately following this Unanimous Written Consent.

**RESOLVED FURTHER**, that any such depository to which a certified copy of these resolutions has been delivered by the Secretary of the Company is authorized and entitled to rely upon such resolutions for all purposes until it has received written notice of the revocation or amendment of these resolutions adopted by the Board.

5. *<u>Ratification and Discharge</u>*

**NOW, THEREFORE BE IT, RESOLVED**, that all prior acts done on behalf of the Company by the officers appointed as of the date hereof or the officers' agents are ratified and approved as acts of the Company.

6. *<u>Omnibus Resolutions</u>*

**NOW, THEREFORE BE IT, RESOLVED**: That each of the officers of the Company be and hereby are authorized and directed, for and on behalf of the Company, to execute and deliver all such instruments, documents and certificates and to take all such further action in connection with the resolutions above as they may deem necessary, advisable or proper to effectuate the intent and purposes of the foregoing resolutions.

**RESOLVED FURTHER**, that any and all actions heretofore taken by the Board, any authorized person and/or the agents of the Company, in furtherance or contemplation of any of these resolutions or as otherwise reflected in the minute books of the Company be, and each of such actions hereby is authorized, approved, confirmed and ratified in all respects as the act and deed of the Company by the Board; and

**RESOLVED FURTHER**: that these resolutions shall be filed in the minute books of the Company and shall be effective as of the date first written above.

**RESOLVED FURTHER**: that in the event any part of the above resolutions cannot be carried out or implemented for any reason, such part shall be deemed severable and shall not affect the enforceability or implementation of the remaining provisions of the above resolutions.

*[Signature Page Follows]*

Docusign Envelope ID: 5DA495F3-DE88-4E27-A06B-09CC647076E6

THIS ACTION BY UNANIMOUS WRITTEN CONSENT shall be effective on the date the Company receives the unanimous written consent of the Company's directors. This action by unanimous written consent may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action. Any copy, facsimile or other reliable reproduction of this action by unanimous written consent may be substituted or used in lieu of the original writing for any and all purposes for which the original writing could be used. This action by unanimous written consent shall be filed with the minutes of the proceedings of the Board of Directors of the Company.

_____    Date:    _____11/19/24_____
Leonard J. Hoskinson