# EXHIBIT 11

# ACTION BY WRITTEN CONSENT
# OF THE COMMON UNIT HOLDER
# OF ELETSON GAS LLC

The undersigned being Eletson Holdings Inc. ("*Eletson Holdings*"), the holder of all outstanding Common Units of Eletson Gas LLC, a limited liability company (the "*Company*") formed pursuant to the Limited Liability Companies Act of the Republic of the Marshall Islands (the "*Companies Act*") pursuant to the Companies Act and the Third Amended and Restated Limited Liability Company Agreement, dated as of August 16, 2019 (as amended by Amendment No. 1, dated as of April 16, 2020) (the "*LLC Agreement*") hereby adopts and approves the following resolutions and the taking of the actions referred to in such resolutions:

1. **Removal of Directors**

    **WHEREAS,** pursuant to Section 3.3(a) of the LLC Agreement, Eletson Holdings is entitled to designate two (2) managers to the board of managers of the Company (the "*Board*," and each manager on the Board, a "*Director*");

    **WHEREAS**, pursuant to Section 3.3(a) of the LLC Agreement, only the Designating Member who originally designated a Director may remove such Director;

    **NOW, THEREFORE, BE IT RESOLVED,** effective as of November [22], 2024, the following individuals who were previously appointed to the Board by Eletson Holdings, in addition to any other individuals who may have purported to have been appointed to the Board by Eletson Holdings, are hereby removed from the Board:

    | | |
    |---|---|
    | Laskarina I. Karastamati | Director |
    | Vasileios E. Kertsikoff | Director |

    **NOW, THEREFORE, BE IT RESOLVED**, that effective as of November [22], 2024, the following individuals are each designated by Eletson Holdings as a Director of the Board to serve until such individual's successor shall have been duly designated, or until such individual's earlier resignation or removal:

    | | |
    |---|---|
    | Leonard J. Hoskinson | Director |

    **NOW, THEREFORE, BE IT RESOLVED**, that following the removals and appointments by Eletson Holdings as described above, the Board is composed of the following individuals:

    | | |
    |---|---|
    | Mark Lichtenstein | Director |
    | Eliyahu Hassett | Director |
    | Joshua Fenttiman | Director |
    | Adam Spears | Director |
    | Leonard J. Hoskinson | Director |

2. **Additional Filings Resolution**

**NOW, THEREFORE, BE IT RESOLVED**, the officers of the Corporation are authorized and directed to make such filings and applications, to execute and deliver such documents and instruments, and to do such acts and things as any such officer deems necessary or appropriate in order to implement the foregoing resolutions.

3. **Omnibus Resolutions**

    **NOW, THEREFORE, BE IT RESOLVED**, the officers of the Corporation are authorized and directed to take such further action and execute such additional documents as any such officer deems necessary or appropriate to carry out the purposes of the above resolutions.

    **RESOLVED FURTHER,** that in the event any part of the above resolutions cannot be carried out or implemented for any reason, such part shall be deemed severable and shall not affect the enforceability or implementation of the remaining provisions of the above resolutions.

    *\*\*\**

    Capitalized terms not defined herein shall have the meaning ascribed to them in the LLC Agreement.

    *[Remainder of page intentionally left blank]*

+5/87214Ā,4903560Ā.+(Ā!$,*$) 'À%!- À#-% À)'"&À%!,%+ $',+ "

      This Action by Written Consent may be delivered via facsimile, electronic mail (including pdf or any electronic signature complying with the U.S. federal ESIGN Act of 2000, Uniform Electronic Transactions Act or other applicable law) or other transmission method and will be deemed to have been duly and validly delivered and be valid and effective for all purposes. The undersigned have executed this Action by Written Consent of the Members as of the date set forth opposite such Member's names.

Date of Execution: November 29, 2024

**Member:**

**Eletson Holdings Inc.**

By: _____
Name: Adam Spears
Title: President and Chief Executive Officerr

# ACTION BY WRITTEN CONSENT
# OF THE MEMBERS
# OF ELETSON GAS LLC

The undersigned being the Members constituting (i) Eletson Holdings Inc. ("**Eletson Holdings**"), the holder of all outstanding Common Units of Eletson Gas LLC, a limited liability company (the "**Company**") formed pursuant to the Limited Liability Companies Act of the Republic of the Marshall Islands (the "**Companies Act**") and (ii) the holders of all outstanding Preferred Units of Eletson Gas LLC ("**Preferred Units**"), pursuant to the Companies Act and the Third Amended and Restated Limited Liability Company Agreement, dated as of August 16, 2019 (as amended by Amendment No. 1, dated as of April 16, 2020) (the "**LLC Agreement**") hereby adopts and approves the following resolutions and the taking of the actions referred to in such resolutions:

1. **Board of Directors**

    **NOW, THEREFORE, BE IT RESOLVED**, that following those certain removals and appointments by Eletson Holdings as of the date hereof, the Members hereby affirm that the board of directors of the Company is composed of the following individuals:

    | | |
    |---|---|
    | Mark Lichtenstein | Director |
    | Eliyahu Hassett | Director |
    | Joshua Fenttiman | Director |
    | Adam Spears | Director |
    | Leonard J. Hoskinson | Director |

2. **Prohibited Corporate Actions by Eletson Gas Companies**

    **NOW, THEREFORE BE IT, RESOLVED**, that the Company and its officers are authorized in the Company's capacity as the sole shareholder, or controlling shareholder, as applicable, of any and all wholly-owned or controlled companies (each an "**Eletson Gas Company**" and, collectively, the "**Eletson Gas Companies**"), in accordance with (i) the applicable laws of the Republic of Marshall Islands and (ii) the charters, and bylaws, or operating agreements as applicable, of each of the respective Eletson Gas Companies, hereby directs each of the Eletson Gas Companies as follows:

    Each of the Eletson Gas Companies hereby shall not, either directly or indirectly, effect or take steps to effect, or allow any of its subsidiaries to either directly or indirectly, effect or take steps to effect, any of the acts enumerated in Schedule I attached hereto without the written consent or affirmative vote of the Company, including the written consent or affirmative vote of the Chief Executive Officer of the Company.

3. **Removal of Directors, Managing Members, Officers and Similarly Held Positions of Eletson Gas Companies**

    **NOW, THEREFORE BE IT, RESOLVED**, with effect from the date hereof, the Company is hereby authorized to direct the removal and revocation of the appointment of all directors,

managers, managing members, general partners, and officers of each of the Eletson Gas Companies and their subsidiaries unless such position is held by another Eletson Gas Company.

4. **Additional Filings Resolution**

    **NOW, THEREFORE, BE IT RESOLVED**, the officers of the Corporation are authorized and directed to make such filings and applications, to execute and deliver such documents and instruments, and to do such acts and things as any such officer deems necessary or appropriate in order to implement the foregoing resolutions.

5. **Omnibus Resolutions**

    **NOW, THEREFORE, BE IT RESOLVED**, the officers of the Corporation are authorized and directed to take such further action and execute such additional documents as any such officer deems necessary or appropriate to carry out the purposes of the above resolutions.

    **RESOLVED FURTHER**, that in the event any part of the above resolutions cannot be carried out or implemented for any reason, such part shall be deemed severable and shall not affect the enforceability or implementation of the remaining provisions of the above resolutions.

*\*\**

Capitalized terms not defined herein shall have the meaning ascribed to them in the LLC Agreement.

*[Remainder of page intentionally left blank]*

,6098325Ā-5:14671Ā/,)Ā!#&*&#'.À(%-.À$&("À(!! À'.$+*""",.-&

  This Action by Written Consent may be delivered via facsimile, electronic mail (including pdf or any electronic signature complying with the U.S. federal ESIGN Act of 2000, Uniform Electronic Transactions Act or other applicable law) or other transmission method and will be deemed to have been duly and validly delivered and be valid and effective for all purposes. The undersigned have executed this Action by Written Consent of the Members as of the date set forth opposite such Member's names.

Date of Execution: November 29, 2024

**Member:**

**Eletson Holdings Inc.**

By: _____
Name: Adam Spears
Title: President and Chief Executive Officerr

      This Action by Written Consent may be delivered via facsimile, electronic mail (including pdf or any electronic signature complying with the U.S. federal ESIGN Act of 2000, Uniform Electronic Transactions Act or other applicable law) or other transmission method and will be deemed to have been duly and validly delivered and be valid and effective for all purposes. The undersigned have executed this Action by Written Consent of the Members as of the date set forth opposite such Member's names.

Date of Execution: November 29, 2024

**Member:**

**Levona Holdings Ltd.**

By: _____

Name: Eliyahu Hassett

Title: Director

**Schedule I**

Prohibited Corporate Actions

    a.   Make any decisions related to any dispute, litigation, arbitration, or settlement, whether such matter is ongoing or is brought in the future;

    b.   Elect or remove any (i) director of the Eletson Gas Company's board of directors or managers or (ii) managing member or similar position of the Eletson Gas Company.

    c.   Increase or decrease the authorized number of directors or managers constituting the Eletson Gas Company's board, change the number of votes entitled to be cast by any director(s) or manager(s) on any matter, or alter or transfer the powers of any directors, managers, managing members or similar position of the Eletson Gas Company;

    d.   Hire, terminate, or change the compensation of the executive officers, including, without limitation, approving any profits interests, option grants or stock awards to executive officers;

    e.   Enter into any new management agreement or amend any management agreement to which the Eletson Gas Company is a party as of the date hereof;

    f.   Establish, open or close any bank account in the name of the Eletson Gas Company or in any other capacity that may appear to represent the Company;

    g.   Enter into, approve or facilitate any transaction or agreement with any entity or individual that is an affiliate of an Eletson Gas Company or a former affiliate of any Eletson Gas Company;

    h.   Sell, assign, license, pledge or encumber any assets or property of the Eletson Gas Company;

    i.   Engage in any sales, transfers or assignments outside of the ordinary course of the Eletson Gas Company's business;

    j.   Create, or issue, any debt security, create any lien or security interest, or incur or agree to incur any form of indebtedness, including, without limitation, loans, credit facilities or other financial obligations that would impose a liability on the Eletson Gas Company;

    k.   Guarantee, directly or indirectly, or permit any subsidiary to guarantee, directly or indirectly, any indebtedness;

    l.   Make, or permit any subsidiary to make, any loan or advance to, or own any stock or other securities of, any other corporation, partnership, or other entity, including, without limitation, any other Eletson Gas Company, affiliate of any Eletson Gas Company or former affiliate of any Eletson Gas Company;

m. Make, or permit any subsidiary to make, any loan or advance to any person, including, without limitation, any employee, director or manager of the subsidiary or any other Eletson Gas Company, affiliate of any Eletson Gas Company or former affiliate of any Eletson Gas Company;

n. Enter into any corporate strategic relationship involving the payment, contribution, or assignment by the Eletson Gas Company;

o. Create or issue, or obligate itself to issue, shares or interests of, or reclassify, any equity securities of the Eletson Gas Company;

p. Create, issue or enter into any agreement, instrument or security that is convertible into, exercisable or exchangeable for any capital stock of the Eletson Gas Company;

q. Increase or decrease the authorized number of shares of any capital stock of the Eletson Gas Company;

r. Create or adopt any compensation plan, including, without limitation, any equity (or equity-linked) compensation plan; or amend any such plan to increase the compensation, including, without limitation, increasing the number of shares authorized for issuance under such plan;

s. Purchase or redeem or pay or declare any dividend or make any distribution on, any shares of capital stock of the Eletson Gas Company;

t. Liquidate, dissolve or wind-up the business and affairs of the Eletson Gas Company or effect any merger, consolidation, statutory conversion, transfer, domestication or continuance;

u. Amend, alter or repeal any provision of the Eletson Gas Company's charter, bylaws, operating agreement or similar governing document (as applicable); or

v. Take or omit to take any action or series of actions which have the effect of any of the foregoing.

MINUTES OF A SPECIAL GENERAL MEETING OF THE SOLE SHAREHOLDER OF THE

SPECIAL MARITIME ENTERPRISE UNDER THE CORPORATE NAME

"KITHNOS SPECIAL MARITIME ENTERPRISE" ("THE COMPANY")

(REG. NO. OF MARITIME COMPANIES – 4867 -)

_____

Today, the 6th day of December 2024, "**ELETSON GAS LLC**" of Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Marshall Islands MH96960, being the Sole Shareholder of the Company, held a special general meeting on the following subjects of the daily agenda.

**SUBJECTS OF DAILY AGENDA**

1. Amendment of article 2 of the Deed of Incorporation of the Company (registered office)

2. Election of new members of the Board of Directors of the Company

3. Amendment of the first paragraph of the article with the title "ELECTION OF ANTICLETOS" of the Deed of Incorporation of the Company

Mr. Leonard Hoskinson was present at the Meeting in his capacity as Director and duly authorized representative of the Sole Shareholder of the Company, owner and holder of the 100% of the shares of the Company, by virtue of the proxy of the Sole Shareholder dated December 6, 2024.

The General Meeting is validly held, since the Sole Shareholder of the Company who acquired its shares in accordance with the currently applicable provisions, is duly represented and represents the totality of the paid share capital and waived from its prior written invitation to the present Meeting and from any right to challenge the validity of the way in which the meeting was convened.

Mr. Leonard Hoskinson was elected as Chairman of the Meeting, who appointed Mr. Mark Lichtenstein to act as Secretary of the Meeting.

On the first subject of the daily agenda, the Sole Shareholder, as above represented, resolved on the amendment of article 2 of the deed of incorporation of the Company, due to the change of

the registered office of the Company from 62 Iroon Polytechneiou Ave., Municipality of Piraeus, to 116 Kolokotroni Str., Municipality of Piraeus, so that the said article reads as follows:

*"Article 2*

***Registered Office of the Company***

*1.- The registered office of the Company is situated in the Municipality of Piraeus, at 116 Kolokotroni Str.".*

*2.- The Company, following a resolution of its Board of Directors, may establish anywhere in Greece or abroad branch offices or other offices or abolish those established.".*

On the second subject of the daily agenda, the Sole Shareholder, as above represented, resolved on the election of the following legal entities as new members of the Board of Directors of the Company, having a three (3) years term, commencing from the date of their election:

a.      The single member private company under the corporate name "BRASCHEL A GREECE SINGLE MEMBER P.C.", with registered office at 26 Amalias Avenue, 10557, Athens, Attica, Greece, and Tax Registration Number 801915107, legally represented by its specially authorized in writing representative.

b.      The single member private company under the corporate name "BRASCHEL B GREECE SINGLE MEMBER P.C.", with registered office at 26 Amalias Avenue, 10557, Athens, Attica, Greece, and Tax Registration Number 801916208, legally represented by its specially authorized in writing representative.

c.      The single member private company under the corporate name "BRASCHEL C GREECE SINGLE MEMBER P.C.", with registered office at 26 Amalias Avenue, 10557, Athens, Attica, Greece, and Tax Registration Number 801916903, legally represented by its specially authorized in writing representative.

The term of the above elected Board of Directors will be, in accordance with the provisions of article 8.3 of the deed of incorporation of the Company, three years and can be extended in

accordance with the provisions of the law and/or the deed of incorporation automatically and until the election of a new Board of Directors.

On the third subject of the daily agenda, the Sole Shareholder, as above represented, resolved the amendment of the first paragraph of the article with the title "ELECTION OF ANTICLETOS" of the Deed of Incorporation of the Company, due to the election of a new anticletos of the Company. The amended first paragraph of the said article to read as follows:

### "ELECTION OF ANTICLETOS

*By virtue of the present the Company elects Michail Dalakos, son of Leonidas, attorney-at-law, resident at 116 Kolokotroni Street, Piraeus, 18535, Attiki, Greece, holder of the Greek Identity Card No. AI 084794 issued on 16/02/2010 by the Police Department of Nea Erythraia, with Tax Registration No. 020423699 of A' Piraeus Tax Authority as its anticletos, to whom the documents and case files addressed to the Company will be sent or notified".*

The Chairman or the Secretary of the General Meeting is authorized to issue copies or extracts of the present resolutions.

There being no further subject to be discussed, the Meeting was adjourned.

In witness of the above, the present minutes were drafted, which after being read and certified, were signed as follows:

FOR AND ON BEHALF OF
"**ELETSON GAS LLC**"
THE SOLE SHAREHOLDER

-
BY Leonard Hoskinson
DIRECTOR AND
DULY AUTHORIZED REPRESENTATIVE

It is certified that this is a true copy from the

Minutes Book of the General Meetings of Shareholders of the company

"KITHNOS SPECIAL MARITIME ENTERPRISE",

which I issue being duly authorized to do so.

December 6, 2024

Leonard Hoskinson

CHAIRMAN OF THE MEETING