**EXHIBIT 18**



