UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KITHNOS SPECIAL MARITIME ENTERPRISE, ELETSON HOLDINGS INC, ELETSON CORPORATION, ELETSON GAS LLC, | § § § § § | CIVIL ACTION NO. 2:25-cv-00042 |
| Plaintiffs, | § § | ADMIRALTY RULE 9(h) |
| M/V KITHNOS (IMO 9711523), her engines, tackle, equipment, and appurtenances, *in rem*, | § § § § | |
| and | § | |
| FAMILY UNITY TRUST COMPANY, GLAFKOS TRUST COMPANY, LASSIA INVESTMENT COMPANY, ELAFONISSOS SHIPPING CORPORATION, KEROS SHIPPING CORPORATION, VASSILIS HADJIELEFTHERIADIS, LASKARINA KARASTAMATI, VASSILIS E. KERTSIKOFF, VASILEIOS CHATZIELEFTHERIADIS, KONSTANTINOS CHATZIELEFTHERIADIS, IOANNIS ZILAKOS, ELENI KARASTAMATI, PANAGIOTIS KONSTANTARAS, EMMANOUIL ANDREOULAKIS, ELENI VANDOROU, *in personam* | § § § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that Kelly M. Haas of the law firm of Schouest, Bamdas, Soshea, BenMaier & Eastham, PLLC, hereby enters her appearance as counsel for Interested Party, National Maritime Services, Inc. in the above captioned matter, and requests service of copies of all pleadings, notices, papers, and other matters filed herein going forward.

Respectfully submitted,

SCHOUEST, BAMDAS, SOSHEA, BENMAIER & EASTHAM, PLLC

_____
KELLY M. HAAS
State Bar No. 24059874
S.D. Tex. ID No. 870096
khaas@sbsb-eastham.com
1001 McKinney, Suite 1400
Houston, Texas 77002
Telephone: (713) 588-0446
Facsimile: (713) 574-2942
**ATTORNEY FOR INTERESTED PARTY NATIONAL MARITIME SERVICES, INC.**

OF COUNSEL

SCHOUEST, BAMDAS, SOSHEA, BENMAIER & EASTHAM PLLC

HAYLEY STANCIL
Texas Bar No. 24144121
S.D. Tex. ID No. 3905848
hstancil@sbsb-eastham.com
1001 McKinney, Suite 1400
Houston, Texas 77002
Telephone: (713) 588-0446
Facsimile: (713) 574-2942