## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | |
|---|---|
| **KITHNOS SPECIAL MARITIME ENTERPRISE, ELETSON HOLDINGS, INC, ELETSON CORPORATION, ELETSON GAS LLC,**<br><br>Plaintiffs,<br><br>**M/V KITHNOS (IMO 9711523),** her engines, tackle, equipment, and appurtenances, *in rem*,<br><br>and<br><br>**FAMILY UNITY TRUST COMPANY, GLAFKOS TRUST COMPANY, LASSIA INVESTMENT COMPANY, ELAFONISSOS SHIPPING CORPORATION, KEROS SHIPPING CORPORATION, VASSILIS HADJIELEFTHERIADIS, LASKARINA KARASTAMATI, VASSILIS E. KERTSIKOFF, VASILEIOS CHATZIELEFTHERIADIS, KONSTANTINOS CHATZIELEFTHERIADIS, IOANNIS ZILAKOS, ELENI KARASTAMATI, PANAGIOTIS KONSTANTARAS, EMMANOUIL ANDREOULAKIS, ELENI VANDOROU,** *in personam*<br><br>Defendants. | CIVIL ACTION NO.<br><br>25-cv-00042<br><br>ADMIRALTY RULE 9(h) |

## NOTICE OF ORDERS IN KITHIRA PROCEEDING

Plaintiffs, Kithnos Special Maritime Enterprise ("Kithnos SME"), Eletson Holdings, Inc. ("Eletson Holdings"), Eletson Corporation ("Eletson Corp") and Eletson Gas LLC ("Eletson Gas") ("Plaintiffs") provide this notice regarding two recent orders from the U.S. District Court Southern District of Texas, Houston Division in civil action number 4:25-cv-0755 *Kithira Gas Shipping Company, et al. v. Family Unity Trust Company, et al.*, (the "KITHIRA Proceeding").

PD.49525168.1

First, on May 5, 2025, the court in the KITHIRA Proceeding issued an order denying the claimants' motion to vacate the arrest of the KITHIRA, on a without prejudice basis. The claimants' motion to vacate in the KITHIRA Proceeding is virtually identical to Claimants' motion to vacate the arrest of the KITHNOS in this action. A copy of that order is included as <u>Exhibit 1.</u>

Second, on May 16, 2025, the court in the KITHIRA Proceeding issued another order concerning a Joint Proposed Order Outlining Points of Disagreement Regarding Terms for Release of the Vessel [KITHIRA] Pursuant to Supplemental Rule E(5)(d). The court adopted the plaintiffs' position as to the terms for the release of the KITHIRA. The plaintiffs' motion to release the vessel pursuant to Supplemental Rule E(5)(d) is virtually identical to Plaintiffs' motion to release the KITHNOS in this action. A copy of that order is included as <u>Exhibit 2.</u>

Plaintiffs provide this notice for the Court's convenience and efficiency in determining the pending motions to vacate arrest and release the vessel pursuant to Supplemental Rule E(5)(d) regarding the KITHNOS in this action.

Respectfully submitted,

**FLOYD ZADKOVICH (US) LLP**

By:  */s/Edward W. Floyd*
Edward W. Floyd
ATTORNEY-IN-CHARGE
NY Bar No.: 4392940
*Admitted pro hac vice*
Luke F. Zadkovich
NY Bar No.: 5514096
*Admitted pro hac vice*
Filipp A. Vagin
NY Bar No.: 5901467
*Admitted pro hac vice*
luke.zadkovich@floydzad.com
ed.floyd@floydzad.com
philip.vagin@floydzad.com
(917) 868 1245
(917) 999 6914

PD.49525168.1

33 East 33rd Street, Suite 905  
New York, NY, 10016

**ATTORNEY FOR PLAINTIFFS**

**OF COUNSEL**
**PHELPS DUNBAR LLP**
Ivan M. Rodriguez
Texas Bar No.: 24058977
SDTX ID: 45566982
Andrew R. Nash
Texas Bar No.: 24083550
SDTX ID: 1690806
Kenderick M. Jordan
Texas Bar No.: 24145378
SDTX ID: 3905171
910 Louisiana Street, Suite 4300
Houston, Texas 77002
Telephone: 713-626-1386
Telecopier: 713-626-1388
Email: ivan.rodriguez@phelps.com
        andy.nash@phelps.com
        kenderick.jordan@phelps.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on all known counsel of record on May 17, 2025.

<em>/s/Andrew R. Nash</em>