IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **KITHNOS SPECIAL MARITIME ENTERPRISE, ELETSON HOLDINGS INC., ELETSON CORPORATION, ELETSON GAS LLC,** § § § § § § *Plaintiffs*, § § v. § § **M/V KITHNOS (IMO 9711523), her engines, tackle, equipment, and appurtenances,** *in rem*, § § and § § **FAMILY UNITY TRUST COMPANY, GLAFKOS TRUST COMPANY, LASSIA INVESTMENT COMPANY, ELAFONISSOS SHIPPING CORPORATION, KEROS SHIPPING CORPORATION, VASSILIS HADJIELEFTHERIADIS, LASKARINA KARASTAMATI, VASSILIS E. KERTSIKOFF, VASILEIOS CHATZIELEFTHERIADIS, KONSTANTINOS CHATZIELEFTHERIADIS, IOANNIS ZILAKOS, ELENI KARASTAMATI, PANAGIOTIS KONSTANTARAS, EMMANOUIL ANDREOULAKIS, ELENI VANDOROU,** *in personam* § § § § § *Defendants*. § | | C.A. No. 2:25-cv-00042<br><br>In Admiralty, Rule 9(h) |

**KITHNOS SPECIAL MARITIME ENTERPRISE'S
NOTICE OF FILING OF STATEMENT FROM MASTER OF LPG/C KITHNOS**

Kithnos Special Maritime Enterprise ("Claimant"), as Claimant of the KITHNOS (the "Vessel"), subject to its Supplemental Rule E(8) restricted appearance, and all applicable jurisdictional defenses, respectfully submits a statement from the Master of the Vessel attached hereto as **Exhibit A**.

Respectfully submitted,

By: */s/ Dimitri P. Georgantas*
Dimitri P. Georgantas
State Bar No. 07805100
Federal I.D. No. 2805
dimitri.georgantas@roystonlaw.com
Kevin P. Walters
State Bar No. 20818000
Federal I.D. No. 5649
kevin.walters@roystonlaw.com
Eugene W. Barr
State Bar No. 24059425
Federal I.D. No. 1144784
eugene.barr@roystonlaw.com
Blake E. Bachtel
State Bar No. 24116055
Federal I.D. No. 3479533
blake.bachtel@roystonlaw.com
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
1415 Louisiana Street, Suite 4200
Houston, Texas 77002
Telephone:    (713) 224-8380
Facsimile:    (713) 225-9945

- and-

Bruce J. Ruzinsky
State Bar No. 17469425
Federal I.D. No. 5037
bruzinsky@jw.com
Victoria Argeroplos
State Bar No. 24105799
Federal I.D. No. 3136507
vargeroplos@jw.com
JACKSON WALKER LLP
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:    (713) 752-4204
Facsimile:    (713) 308-4115

**ATTORNEYS FOR CLAIMANT KITHNOS SPECIAL MARITIME ENTERPRISE**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 6th day of June 2025, I served a true and correct copy of the foregoing pursuant to Rule 5 of the Federal Rules of Civil Procedure and/or via the CM/ECF Filing System and/or by depositing the same in the United States Mail, postage prepaid and properly addressed to all known counsel of record.

                                                 */s/ Dimitri P. Georgantas*
                                                 Dimitri P. Georgantas