**EXHIBIT A**

ELETSON

| | | |
|---|---|---|
| LPG / E | : KITHNOS | Date: 05 JUNE 2025 |
| Place | : CORPUS CHRISTI ANCHORAGE | |
| Flag | : HELLENIC (GREEK) | |
| IMO Number | : 9711523 | |
| Gross Tonnage | : 13794 T | |
| Net Tonnage | : 4138 T | |

TO    : WHOM IT MAY CONCERN

The undersigned Master of Greek LPG LEG vessel KITHNOS make the following statement:

I conducted an inquiry of my entire crew with regard to a letter dated 03 June 2025, signed by Contact Email: PANAGIOTIS79@proton.me, titled Urgent Humanitarian Appeal from Crew of M/V KITHNOS.

Given their verbal statements, I concluded that the referenced letter was not drafted nor authorized by any member of the crew, nor any members from my crew are aware of its origin.

It is not true that most contracts have expired even though some have indeed expired.

It is true that the long idling of the vessel is challenging and has caused some mental exhaustion but nevertheless the crew remains fully capable of performing their duties at an adequate level until now.

Furthermore, it is worth to be mentioned that vessel's normal working schedule, provision supply and resting periods have been maintained, which would suggest that no extra physical exertion should have come out of the current situation.

It is totally false that the safety of the vessel, crew and environment are compromised.

It is true that a number of crew members have applied, some repeatedly, to the CBP for parole in order to be repatriated, however, the CBP have declined. These applications, as far as I am aware, were always with the full support and assistance of our employers, the Hellenic Authorities and local Maritime Atache and the local defence lawyers who have been trying to set aside the arrest.

It is true that it would appear just and equitable that the Court requests CBP to allow certain crew changes on reasonable grounds.

I have also considered the email communication of today's date from one Mrs. Irina of murrabell21@gmail.com

It is probable that, because of the complicated legal situation, the crew members aren't fully aware of the reasons behind the vessel's detention even though I have personally relayed all the available information to them.

I confirm that there has not been the slightest intent to withhold information from the crew and I confirm that I am perfectly willing to endeavor that all crew members receive all available and necessary information to be assured that they are secure and that our employers are in contact with Hellenic Maritime Administration, Houston Consular Maritime Attache and Hellenic Ministry of Foreign Affairs in an effort to cause CBP to change its position.

Sincerely

Capt. Konstantinos G. Manolakakis
MASTER