United States District Court
Southern District of Texas
**ENTERED**
July 07, 2025
Nathan Ochsner, Clerk

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| KITHNOS SPECIAL MARITIME ENTERPRISE, *et al.*, § § § § Plaintiffs, § § VS. § § M/V KITHNOS (IMO 9711523), *et al.*, § § Defendants. § | CIVIL ACTION NO. 2:25-CV-00042 |

### ORDER

The Court considered OCM Maritime Gas 4 LLC's ("OCM") Unopposed Motion to Withdraw Without Prejudice its Motion to Vacate Arrest, and decided the motion should be, and is hereby, GRANTED. Therefore, it is hereby

ORDERED that OCM's Motion to Vacate Arrest (D.E. 121) is WITHDRAWN without prejudice to refiling.

SIGNED on July 7, 2025.

United States District Judge