United States District Court
Southern District of Texas
**ENTERED**
July 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KITHNOS SPECIAL MARITIME ENTERPRISE, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| V. | § | CIVIL ACTION NO. 2:25-CV-00042 |
| M/V KITHNOS, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

The Court recently held a hearing in this matter. This Order follows. The Court **ORDERS** that all parties in this matter are to submit a joint status report **by July 18, 2025, at 12:00 p.m. Central Standard Time.** The joint status report **SHALL** indicate the parties' progress (1) substituting new crew onto the Vessel; (2) repatriating the current crew; and (3) turning over the necessary documents for the operation of the Vessel.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
July 7, 2025