UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| KITHNOS SPECIAL MARITIME ENTERPRISE, *et al.*, | § § § |
| *Plaintiffs*, | § § |
| M/V KITHNOS (IMO 9711523), *et al.* | § § |
| *Defendants*. | § § |

CIVIL ACTION NO. 2:25-cv-00042

ADMIRALTY RULE 9(h)

## DAILY JOINT STATUS REPORT FOR JULY 9, 2025

Pursuant to the Court's Order [Document 150] the parties submit the following Joint Status Report regarding the parties' progress in (1) substituting new crew onto the Vessel; (2) repatriating the current crew; and (3) turning over the necessary documents for the operation of the Vessel. It has been agreed by the parties to follow the following procedures in compiling and submitting the daily joint status reports:

- Each party will submit their portion of the daily status report to Kelly M. Haas, NMS Counsel, by 2:00 PM CST.

- Ms. Haas will compile the joint status report and will serve the daily report upon all counsel of record via the Court's Case Management/Electronic Case Files (CM/ECF) system by 4:00 PM CST.

- Each party can comment/respond on another party's submission the following day, if needed.

### I.
### STATUS UPDATES

**1. PLAINTIFFS**

**Status of Requested Documents:**

Plaintiffs have been informed that VShips is in touch with Claimant's point of contact in Greece regarding documents and alleged necessary steps in Greece. Plaintiffs have been informed that VShips has requested the documents listed below from the onboard crew and the Old Master, however, VShips was given a negative answer by such crew and Old Master,

stating that their operations department restricts them from delivering and sharing any of the following items. These documents are essential for the orderly management turnover of the Vessel to VShips. The documents were the following:

- Vessels Plans and drawing
- Makers Manuals
- Danaos system information access
- Ships primary and secondary certificates
- Trading certificates
- SSP
- BWMP
- MMP
- SOLAS Training Manuals
- IHM contractors
- Logbooks
- PMS history
- Contracts with third-party providers of ship equipment, including life rafts, gas meter, etc.
- Fuel Oil /Lub Oil analysis reports
- Fuel Oil /Lub Oil quantities onboard
- Computer network and passwords
- Cargo related and engine room related equipment passwords and settings for the safety of the vessel's operation
- Inventory of libraries
- ECDIS ENC and digital publications contracts
- Critical spare parts and spare parts
- Engine room and cargo related makers special tools inventory.
- Crew wages information
- Safety equipment last certification expiration dates
- Medical inventory

**During the writing of this update Plaintiffs have been informed that the Old Master now has instructions to provide the following documents:**

1. Vessel's Certificates
2. Vessel's Drawings
3. Vessel's Manuals
4. PMS history
5. IHM monitoring file
6. HVPQ
7. Q88
8. Copy's from Log books
9. Makers Manuals

Additionally, the Old Master informed VShips that Claimant's IT has notified him that the MGA function will be activated and the crew's pay slip will be issued.

Plaintiffs has been informed that the deck log was provided to VShips, however, that it is missing the relevant page which provides for the handover of management to VShips. We have seen a photograph of what appears to be a log book with such a page torn from it.

**Status of Crew Wages and Repatriation Arrangements:**

Plaintiffs have been informed that VShips have requested the pay slips of the three crew members to be repatriated first in order to assess their outstanding wages, and to ensure that Plaintiffs can make payment thereof prior to the repatriation of the crew. Plaintiffs' had aimed to make payment with respect to the first three crew members on Friday.

The Old master and Claimant's counsel contended that the accounting office in Greece is closed and that they would send the requested information for tomorrow's opening. It should also be noted that the crew aboard the KITHNOS should be in possession of the last payment slip, however, they have also not provided these to VShips. The foregoing is further delaying Plaintiffs' repatriation efforts and will likely result in the three crew members not being able to be repatriated until early next week. The topic of the Greek office's non-availability at night was also discussed between counsel for Plaintiffs and Claimant during an afternoon call.

During the writing of this update it has come to light that the pay slips of the three crew members will be provided. The exact timing of this is not entirely clear at this point.

Further, coordination with NMS regarding the repatriation of the 3 critical crew remains ongoing. There remains an open question regarding the specific transportation of the crew to Mexico, and to which Mexican port.

Repatriation efforts for the remaining crew that have been flagged to be repatriated are also ongoing.

2. **CLAIMANT:**

   1) Document request was received from Plaintiffs attorneys around 1300 hours Central time on Tuesday July 8, which was forwarded immediately to Claimant for review. Given the time difference (8 hours), it was after hours in Greece;

   2) At approximately 0830 hours Central Time Claimant provided a preliminary response to Plaintiffs with respect to various steps that need to be taken by V. Ships before the various relevant maritime authorities in Greece in relation to change of management;

   3) At approximately 1300 hours central the vessel's Master received a request from V. Ships for copies of the pay records through July 14, 2025, of three of the officers onboard the vessel, same to be produced within 2 hours. Even though it was explained by the Master to V. Ships that the accounting office was closed, Claimant will produce those records as soon as possible;

4) At approximately 1330 hours the Master received a request for the pay records of the crew for May and June. The Master will produce those records;

5) In addition to the above the Master will make available to the V. Ships representative, ship's certificates, and ship's drawings. Claimant will start the compilation of a list of specific documents made available to V. Ships, so same can be cross- referenced with Plaintiffs document request.

3. **OCM MARITIME GAS 4 LLC:**

OCM Maritime Gas 4 LLC ("OCM"), subject to its restricted appearance pursuant to Supplemental Admiralty Rule E(8), submits these inserts to the Joint Status Report to be filed on July 9, 2025 pursuant to the Court's Order dated July 9, 2025 (D.E. 158).

**OCM Status Report Inserts**

OCM Maritime Gas 4 LLC ("OCM") reports that it has not yet received payment of the amount due to OCM pursuant to Condition No. 15 in the Order Releasing Vessel (D.E. 114). By email on July 5, 2025, OCM's counsel provided to counsel for all parties information needed to make the required payment to OCM, including the amount due now ($2,047,486.01) to fulfill the condition for release of the vessel and the bank account details to which the payment should be made. OCM provided this information without prejudice to its rights in respect of other sums due to OCM.

4. **NATIONAL MARITIME SERVICES:**

NMS has identified a vessel that can accommodate up to 12 affected crew persons to bring them directly to a safe port in Mexico. We await plaintiff concurrence on this $100,000 expenditure.

We have retained specialized Mexican counsel to assist with local immigration authorities. We have not determined specific travel dates or purchased airline tickets yet, as this is dependent on finalizing the launch from the KITHNOS to the chosen Mexican port of entry.

Mileage calcs follow:
Galveston to Tampico 456
Tampico to NOLA 625.7
Galveston to Progreso 575
Progreso to NOLA 540.9
Progreso is safer and it's essentially the same total distance, assuming a second launch is not immediately needed.

4

Respectfully submitted,

**For Plaintiffs:**

*/s/ Edward W. Floyd*  \*
Edward W. Floyd
Luke F. Zadkovich
Filipp A Vagin
FLOYD ZADKOVICH (US) LLP
33 East 33rd Street, Suite 905
New York, NY 10016
Phone: (917) 999-6914
Email: ed.floyd@floydzad.com
Email: luke.zadkovich@floydzad.com
Email: philip.vagin@floydzad.com

Ivan M. Rodriguez
Andrew R. Nash
Kenderick M. Jordan
PHELPS DUNBAR LLP
910 Louisiana Street, Suite 4300
Houston, TX 77002
Phone: (713) 225-7251
Fax: (713) 626-1388
Email: ivan.rodriguez@phelps.com
Email: Andy.nash@phelps.com
Email: kenderick.jordan@phelps.com

**For Claimant:**

*/s/ Dimitri P Georgantas*  \*
Dimitri P Georgantas
Eugene Barr
ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP
1415 Louisiana
Houston, TX 77002
Phone: (713) 224-8380
Email: Dimitri.Georgantas@roystonlaw.com
Email: Eugene.Barr@roystonlaw.com

Bruce J Ruzinsky
JACKSON WALKER LLP
1401 McKinney, Ste. 1900
Houston, TX 77010
Phone: (713) 752-4204
Fax: (713) 308-4155

Email: bruzinsky@jw.com

**For OCM Maritime Gas 4 LLC:**

*/s/ Christopher R. Hart*                *
Christopher R. Hart
Texas Bar No.: 09136310
Fed Id.: 12517
chris.hart@hfw.com
Thomas N. Lightsey III
Texas Bar No.: 12344010
Federal Id.: 84829
tom.lightsey@hfw.com
HOLMAN FENWICK WILLAN USA LLP
3040 Post Oak Blvd., Fl 18, Suite 129
Houston, Texas 77056
Telephone: (713) 917-0888
Facsimile: (713) 953-9470

**For National Maritime Services, Inc.:**

*/s/ Kelly M. Haas*                *
Kelly M. Haas
SCHOUEST, BAMDAS, SOSHEA, BENMAIER &
EASTHAM, PLLC
1001 McKinney Street, Suite 1400
Houston, TX 77002
Phone: (713) 588-0446
Email: khaas@sbsb-eastham.com

\*   Signatures of the respective parties are *only* for that party's daily submission and not an indication of its agreement with the submissions of the other parties.

### CERTIFICATE OF SERVICE

I certify that on July 9, 2025, a true copy of the foregoing document was served upon all counsel of record via the Court's Case Management/Electronic Case Files (CM/ECF) system and email.

**KELLY M. HAAS**