United States District Court
Southern District of Texas
**ENTERED**
August 05, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KITHNOS SPECIAL MARITIME ENTERPRISE, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 2:25-CV-00042 |
| M/V KITHNOS (IMO 9711523), *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

The Court has ordered the release of the M/V Kithnos to Plaintiffs on certain conditions. However, disagreements have arisen between the owner of the Vessel, OCM Maritime Gas 4, LLC ("OCM"), and Plaintiffs, regarding matters that should be resolved before the Vessel is released. Therefore, Plaintiffs and OCM are **ORDERED** to complete a mediation regarding these disagreements within 14 days. The general dispute to be mediated is related to the charter payments owed to OCM, however, other outstanding matters should be addressed at the mediation.

A status conference is set on **August 11, 2025 at 10:00 a.m.** via Zoom before the undersigned. Counsel for Plaintiffs and OCM shall be prepared to report to the Court the following: (1) the date of the mediation; (2) the name of the mediator; (3) the names of the Parties who will participate in the mediation; and (4) a precise description of the items or disputes to be mediated.

ORDERED on August 5, 2025.

Jason B. Libby
United States Magistrate Judge