UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **KITHNOS SPECIAL MARITIME ENTERPRISE,** *et al.*, | § § § § § § § § | |
| *Plaintiffs,* | | **CIVIL ACTION NO. 2:25-cv-00042** |
| | | **ADMIRALTY RULE 9(h)** |
| **M/V KITHNOS (IMO 9711523),** *et al.* | | |
| *Defendants.* | | |

## DAILY JOINT STATUS REPORT FOR AUGUST 15, 2025

Pursuant to the Court's Order [Document 188] the parties submit the following Joint Status Report regarding the parties' progress in (1) substituting new crew onto the Vessel; (2) repatriating the current crew; and (3) turning over the necessary documents for the operation of the Vessel. It has been agreed by the parties to follow the following procedures in compiling and submitting the joint status reports:

- Each party will submit their portion of the daily status report to Kelly M. Haas, NMS Counsel, by 2:00 PM CST on Monday and Fridays.

- Ms. Haas will compile the joint status report and will serve the daily report upon all counsel of record via the Court's Case Management/Electronic Case Files (CM/ECF) system by 4:00 PM CST on Monday and Fridays.

- Each party can comment/respond on another party's submission the following report, if needed.

## I.
## STATUS UPDATES

**PLAINTIFFS**

**Mediation:** In connection with the Judge's Order of August 5, 2025 (Dkt. 196) instructing Plaintiffs and OCM to mediate, Plaintiffs and OCM have agreed on a mediator, mediation date, and have identified their party representatives.

**Outstanding documents to be provided to Plaintiffs/V.Ships:**

On August 11, 2025, after the conference with the Court, Plaintiffs counsel wrote to Dimitri Georgantis regarding the below. As of the time of this writing, Plaintiffs counsel has not received a response.

1. Confirmation that the Vessel did not perform any EU or UK voyages in 2025.

2. Change on Q88 system to V.Ships. Plaintiffs have obtained access to Claimant's Q88 profile. However, Plaintiffs note that all certificates for the Vessel were deleted from the platform.

3. Closing of the Nautologio "ship's articles" by Claimant so that V.Ships can open new articles under its name. The ship's articles is a document that serves as evidence of the employment terms for the officers and crew of a ship. The Nautologio is a crucial part of a ship's documentation.

4. Provision of DOC/SOC for IM DCS and class verified/signed partial submitted reports. This should be provided in due course but it is not required for the vessel to be released.

In addition to the aforementioned documents, OCM has disputed the sufficiency of the following:

1. Amended V.Ships/ITM Greece Ltd. Standard Ship Management Agreement. On August 14, 2025, Plaintiffs provided OCM with an updated version of the Ship Management Agreement which includes the language requested by OCM.

2. BWEK manager's undertaking. On August 14, 2025, Plaintiffs provided OCM with a redline copy prepared by BWEK and are awaiting OCM's approval.

3. BWEK commercial managers agreement. Plaintiffs provided a copy of the executed CMA to OCM's counsel on July 24, 2025. OCM's counsel provided comments to the CMA which Plaintiffs have relayed to BWEK for inclusion. Plaintiffs have been informed that BWEK agrees to all but one remaining point which continues to be discussed.

Plaintiffs do not believe that the foregoing are conditions of filing a Section 20 Notice and should not hold up the release of the Vessel.

**CLAIMANTS**

Plaintiffs' most recent request for documents was forwarded to Claimant. It is noted that today is a national holiday in Greece. A response from Claimant is expected next week.

**OCM MARITIME GAS 4 LLC**

OCM and Plaintiffs have agreed to mediate on August 18, 2025 with Mr. LeRoy Lambert serving as mediator, pursuant to the Court's Order dated August 5, 2025 (D.E. 196).

OCM provided to counsel for Plaintiffs and counsel for Claimant detailed information regarding the updated amount due to be paid to OCM pursuant to the Bareboat Charter Party before the Vessel departs pursuant to the Order Releasing Vessel, which is $2,581,710.39.

OCM and Plaintiffs continue to discuss issues regarding the updated technical management agreement with V.Ships and ITM, the commercial management agreement with BW Epic, and the BW Epic Manager's Undertaking.

Plaintiffs have not provided to OCM written confirmation that all amounts due to the crew members who disembarked from the Vessel have been paid. As before, OCM expects Plaintiffs to discharge any debts due to the crew.

**NATIONAL MARITIME SERVICES**

*Status of Payment of Invoices:*

On Friday, August 8, 2025, G. Robert Toney (NMS) emailed Ed Floyd with the final July charges and provided estimated charges for August. He further advised that NMS had reached out to Len Hoskinson for payment of current and estimated charges, but had not received a response. Assuming release in the next few days, NMS will still have a substantial number of charges from our agent coming through.

Mr. Toney advised that it was their estimate that this amount could well exceed $200,000. Accordingly, NMS requested that Plaintiffs deposit $250,000 to be held in the Floyd Zadkovich trust account to cover these remittances as they come in.

NMS stated that it would be their preference to work this out between Plaintiffs and NMS to avoid having to file orders and waste legal fees.

Finally, NMS confirmed that this needed to be resolved before the release of the KITHNOS.

Plaintiffs have paid the invoices submitted by National Maritime Services for the month of June; however, the July invoices remain unpaid.

Plaintiffs have not responded to any of the requests made by NMS or their undersigned attorneys regarding payment of the outstanding invoices.

Respectfully submitted,

**For Plaintiffs:**

*/s/ Edward W. Floyd*                    [*]
Edward W. Floyd
Luke F. Zadkovich
Filipp A Vagin
FLOYD ZADKOVICH (US) LLP
33 East 33rd Street, Suite 905
New York, NY 10016
Phone: (917) 999-6914
Email: ed.floyd@floydzad.com
Email: luke.zadkovich@floydzad.com
Email: philip.vagin@floydzad.com

Ivan M. Rodriguez
Andrew R. Nash
Kenderick M. Jordan
PHELPS DUNBAR LLP
910 Louisiana Street, Suite 4300
Houston, TX 77002
Phone: (713) 225-7251
Fax: (713) 626-1388
Email: ivan.rodriguez@phelps.com
Email: Andy.nash@phelps.com
Email: kenderick.jordan@phelps.com

**For Claimant:**

*/s/ Dimitri P Georgantas*                                  *
Dimitri P Georgantas
Eugene Barr
ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP
1415 Louisiana
Houston, TX 77002
Phone: (713) 224-8380
Email: Dimitri.Georgantas@roystonlaw.com
Email: Eugene.Barr@roystonlaw.com

Bruce J Ruzinsky
JACKSON WALKER LLP
1401 McKinney, Ste. 1900
Houston, TX 77010
Phone: (713) 752-4204
Fax: (713) 308-4155
Email: bruzinsky@jw.com

**For OCM Maritime Gas 4 LLC:**

*/s/ Christopher R. Hart*                                  *
Christopher R. Hart
Texas Bar No.: 09136310
Fed Id.: 12517
chris.hart@hfw.com
Thomas N. Lightsey III
Texas Bar No.: 12344010
Federal Id.: 84829
tom.lightsey@hfw.com
HOLMAN FENWICK WILLAN USA LLP
3040 Post Oak Blvd., Fl 18, Suite 129
Houston, Texas 77056
Telephone: (713) 917-0888
Facsimile: (713) 953-9470

**For National Maritime Services, Inc.:**

*/s/ Kelly M. Haas* \*
Kelly M. Haas
SCHOUEST, BAMDAS, SOSHEA, BENMAIER & EASTHAM, PLLC
Texas Bar No.: 24059874
S.D. Tex. ID No. 870096
Hayley Stancil
Texas Bar No. 24144121
S.D. Texas ID No. 395848
1001 McKinney Street, Suite 1400
Houston, TX 77002
Phone: (713) 588-0446
Email: khaas@sbsb-eastham.com

\*   Signatures of the respective parties are *only* for that party's daily submission and not an indication of its agreement with the submissions of the other parties.

## CERTIFICATE OF SERVICE

I certify that on August 15, 2025, a true copy of the foregoing document was served upon all counsel of record via the Court's Case Management/Electronic Case Files (CM/ECF) system and email.

**KELLY M. HAAS**