United States District Court
Southern District of Texas
**ENTERED**
December 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KITHNOS SPECIAL MARITIME ENTERPRISE, *et al.*, | § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | CIVIL ACTION NO. 2:25-CV-00042 |
| M/V KITHNOS (IMO 9711523), *et al.*, | | |
| Defendants. | | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Jason B. Libby's Memorandum and Recommendation ("M&R"). (D.E. 262). The M&R recommends that the Court grant Plaintiff's motion to dismiss, (D.E. 261), and dismiss Claimant and its counterclaim. (D.E. 262, p. 4).

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); General Order No. 2002-13. No objection has been filed. When no objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, L.P.*, No. 4:14-CV-02700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015) (Harmon, J.) (citation omitted).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 262). Accordingly, the Court **GRANTS** Plaintiffs' motion to dismiss, (D.E. 261), and **DISMISSES** Claimant and its counterclaim. The Court further **ORDERS** Plaintiffs to file an advisory with the Court **on or before December 10, 2025**, informing the Court of the status of any remaining claims in this litigation.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
      December 3rd, 2025